IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:04CR144
                               )
     v.                        )
                               )
JERRY N. COLEMAN,              )         ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion for Rule 35 hearing (Filing No. 40).  Accordingly,

IT IS ORDERED that a hearing on plaintiff's motion for Rule 35 is scheduled for:

**Friday, August 4, 2006, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  Defendant need not be present.

DATED this 26th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court