IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR144 |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY N. COLEMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 18, 2008, the Defendant appeared with counsel for a hearing on a Petition for Warrant or Summons for Offender Under Supervision (Filing No. 46). Defendant was present and represented by Glenn A. Shapiro. Plaintiff was represented by Susan T. Lehr, Assistant United States Attorney. The defendant admitted to allegation 1 of the Petition. The Court found the defendant to be in violation of his conditions of supervised release. The Court revoked the defendant's supervised release and proceeded to sentencing. Accordingly,

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of twenty-seven (27) months, to be served consecutively to the sentences imposed in Douglas County District Court Case Nos. 176-292 and 176-129.

2. Upon completion of said sentence, the defendant will be placed on supervised release for a period of thirty-four (34) months, under the same terms and conditions of release previously imposed on February 23, 2005.

3. As the defendant appeared before this Court on a Writ, the defendant is remanded to the United States Marshal's Service for transfer back to the State of Nebraska authorities to complete his sentence. Upon his completion of his state imposed sentence, he is remanded to the Bureau of Prisons to begin commencement of his federal sentence.

DATED this 19th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court