IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | 8:04CR144 |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY N. COLEMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On May 9, 2012, the defendant appeared with counsel for a hearing on an Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 67). Defendant was present and represented by Glenn A. Shapiro. Plaintiff was represented by Susan T. Lehr, Assistant United States Attorney. The defendant admitted to allegation 1 of the Petition, with the understanding that the remaining allegations would be dismissed. The Court found the defendant to be in violation of his conditions of supervised release as reflected in allegation 1. The Court revoked the defendant's supervised release and proceeded to sentencing.

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of thirty (30) months. Upon completion of said sentence, the defendant will have no further term of supervised release.

2.  The remaining allegations of the petition are hereby dismissed.

DATED this 9th day of May, 2012.

>BY THE COURT:
>
>/s/ Lyle E. Strom
>
>_____
>LYLE E. STROM, Senior Judge
>United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

                                                  _____
                                                  Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

                                                  UNITED STATES WARDEN

                                                  By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

                                                UNITED STATES WARDEN

                                                By: _____